UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. <u>14-1205</u>     Caption: <u>HELMUT F. PORKERT v. THE AYCO COMPANY, LP; ROGER SHAAR</u>

Pursuant to FRAP 26.1 and Local Rule 26.1,

<u>ROGER SHAAR</u>
(name of party/amicus)

who is <u>Defendant-Appellee</u>, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?   ☐ YES ☒ NO

2. Does party/amicus have any parent corporations?   ☐ YES ☒ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   .

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?   ☐ YES ☒ NO
   If yes, identify all such owners:

10/28/2013 SCC

- 1 -



4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☒ NO
    If yes, identify entity and nature of interest:

5.  Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☒ NO
    If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.  Does this case arise out of a bankruptcy proceeding?  ☐ YES ☒ NO
    If yes, identify any trustee and the members of any creditors' committee:

Signature: _Penny M. Costa_   Date: March 18, 2014

Penny M. Costa
THE AYCO COMPANY, L.P. and
Counsel for: ROGER SHAAR

## CERTIFICATE OF SERVICE
**************************

I certify that on   03/19/2014   the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Sean Michael Bolchoz, Esquire
Post Office Box 828
Bluffton, SC  29910
sbolchoz@bolchozlaw.com

Thomas S. Tisdale, Esquire
Hellman Yates & Tisdale, PA
145 King Street, Suite 102
Charleston, SC  29401
tst@hellmanyates.com

_(signature)_                March 19, 2014
                                  (date)

American LegalNet, Inc.
www.FormsWorkFlow.com