FILED: June 3, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1205

(9:10-cv-00435-SB)

_____

HELMUT F. PORKERT

  Plaintiff - Appellant

v.

THE AYCO COMPANY, LP; ROGER SHAAR

  Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Response brief due: 08/04/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk